# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: M-05-1536
2) Defendant's Name: Diaz-Tejada (Last) Fermin (First) ___ (M.I.)
3) Age: ___
4) Title: 21 Section(s): 963
5) Citizen of: ___ Needs: ___ Interpreter
6) Arrest Warrant Issued: ___ Date and time of arrest: ___

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No   Other District: ___
8) Name of Interpreter used today: Spanish Int.   Language: Spanish Int.
9) Arraignment on complaint held: ✓Yes __No   Date/Time: 12/13/05 9 Levy
10) Detention Hearing Held: ___ Bail set at: ___ ROR Entered: ___ POD Entered: ✓
11) Temporary Order of Detention Entered: ___ Bail Hearing set for: ___
12) (a) Preliminary Hearing set for: 12/27/05 @ 12 pm ; or waived: ___
    (b) Removal Hearing set for: ___ ; or waived: ___
    (c) Status Conference set for: ___
13) ASSISTANT U.S. ATTORNEY: Cameron Elliot
14) DEFENSE COUNSEL'S NAME: Heidi Cesare
    Address: ___
    Bar Code: ___ CJA: ___ PDA: ✓ RET: ___
    Telephone Number: (___) ___
15) ESR Tape #: 05/204 (4609-4917)
16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by ___

Other Comments/Rulings: ___

17) Complaint/Affidavit/Indictment unsealed: __Yes __No

SO ORDERED ON THIS ___ DAY OF ___, 20__

_____
UNITED STATES MAGISTRATE JUDGE